

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAY 6 - 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR and JONATHAN CHARLES COBUN,<br><br>Defendants. | Criminal No. 1:08cr36<br><br>Violations: 8 U.S.C. § 1325(c)<br>18 U.S.C. § 2<br>18 U.S.C. § 371<br>18 U.S.C. § 1546(a) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Commit Fraud to Evade Immigration Laws)

1. Beginning by at least in or about June, 2005, the exact date being unknown to the Grand Jury, and continuing through the date of this Indictment, at or near Morgantown, West Virginia, within the Northern District of West Virginia, and elsewhere, defendants **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR** and **JONATHAN CHARLES COBUN** knowingly and intentionally combined, conspired, confederated and agreed together to commit marriage fraud in violation of Title 8, United States Code, Section 1325(c), and immigration fraud in violation of Title 18, United States Code, Section 1546(a).

## MANNER AND MEANS OF THE CONSPIRACY

2. The primary purpose of the conspiracy was for **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR**, a citizen of Guyana and illegal alien, to obtain lawful permanent residency status in the United States.

3. It was part of the conspiracy that **JONATHAN CHARLES COBUN**, a United States citizen, agreed to marry **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR**.

4. It was further part of the conspiracy that **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR** and **JONATHAN CHARLES COBUN** were legally married, but did not live together as husband and wife.

5. It was further part of the conspiracy that **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR** and **JONATHAN CHARLES COBUN** falsely represented to the United States Department of Homeland Security, Citizenship and Immigration Services, that they lived together as husband and wife.

## OVERT ACTS

6. In furtherance of the conspiracy, and to carry out the objects and goals thereof, the defendants committed overt acts in the Northern District of West Virginia, and elsewhere, including, but not limited to:

(a) On or about June 24, 2005, **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR** and **JONATHAN CHARLES COBUN** applied for and were issued a marriage license in Monongalia County, WV.

(b) On or about July 11, 2005, **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR** and **JONATHAN CHARLES COBUN**, were married in Monongalia

County, WV.

(c) **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR** and **JONATHAN CHARLES COBUN** have never lived together at the same address as husband and wife.

(d) From April 2004 until the present, **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR** has resided with a female roommate at an apartment complex in Morgantown, West Virginia, where **JONATHAN CHARLES COBUN** has never resided.

(e) On or about October 17, 2005, **JONATHAN CHARLES COBUN** completed and submitted an I-130 petition for an alien relative to obtain an immigrant visa for **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR**. On or about the same day, **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR** completed and submitted an I-485 application to adjust her United States residency status to lawful permanent resident based upon the I-130 petition.

(f) In both the I-130 petition and the I-485 application, **JONATHAN CHARLES COBUN** and **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR** falsely stated that they lived together as husband and wife at a particular address in Morgantown, West Virginia.

(g) On or about March 8, 2006, **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR** and **JONATHAN CHARLES COBUN**, were interviewed at the U.S. Department of Homeland Security, Citizenship and Immigration Services Office by a District Adjudication Officer in Pittsburgh, PA, and falsely stated that they were living together as husband and wife.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

(Marriage Fraud)

On or about July 11, 2005, in Monongalia County, in the Northern District of West Virginia, the defendant, **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR**, a citizen of Guyana and therefore an alien in the United States, aided and abetted by **JONATHAN CHARLES COBUN**, did knowingly and unlawfully enter into marriage for the purpose of evading a provision of the immigration laws of the United States, in violation of Title 8, United States Code, Section 1325(c).

## **COUNT THREE**

(False Swearing in Immigration Matter)

On or about October 17, 2005, in Monongalia County, in the Northern District of West Virginia, the defendant, **JOYCELYN CAROL GRENADA a/k/a JOYCELYN LESPOIR**, did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in an application required by the immigration laws and regulations prescribed thereunder, to wit, an Application to Register Permanent Residence or Adjust Status, that is, that the defendant resided with Jonathan Charles Cobun in Morgantown, West Virginia, which the defendant then and there knew was false, in that the defendant had never resided with Jonathan Charles Cobun, in violation of Title 18, United States Code, Section 1546(a).

## COUNT FOUR

(False Swearing in Immigration Matter)

On or about the October 17, 2005, in Monongalia County, in the Northern District of West Virginia, the defendant, **JONATHAN CHARLES COBUN** did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, a Petition for Alien Relative, that is, that the defendant resided with Joycelyn Carol Grenada in Morgantown, West Virginia, which the defendant then and there knew was false, in that the defendant never resided with Joycelyn Carol Grenada, in violation of Title 18, United States Code, Section 1546(a).

A true bill,

/

SHARON L. POTTER
United States Attorney