FILED

MAY 6 - 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                                      Criminal No. 1:08cr36

JOYCELYN CAROL GRENADA a/k/a
JOYCELYN LESPOIR and
JONATHAN CHARLES COBUN,
    Defendant.

## MOTION TO SEAL

Now comes the United States of America and Sharon L. Potter, United States Attorney for the Northern District of West Virginia by Andrew R. Cogar, Assistant United States Attorney, and moves the Court to seal the Indictment, the arrest warrants, this motion and the Sealing Order in the above-referenced matter until such time as any defendant is arrested at which time the Indictment, the arrest warrants, this motion and the Sealing Order are ordered unsealed. The basis for the United States' motion is that the Indictment, the arrest warrants, this motion and the Sealing Order make reference to an ongoing investigation which is still in existence and may continue. If the Indictment, the arrest warrants, this motion and the Sealing Order are not sealed, the integrity of the ongoing investigation relating to the people to be arrested will be compromised.

WHEREFORE, the United States moves the Court to seal the Indictment, the arrest warrants, this motion and the Sealing Order until any defendant is arrested on the charges listed in the indictment.

The United States further moves that the United States Marshals Service be permitted to input the necessary information regarding the defendant into NCIC.

                                                Respectfully submitted,

                                                SHARON L. POTTER
                                                UNITED STATES ATTORNEY

By:     */s/ Andrew R. Cogar*
              Andrew R. Cogar
              Assistant United States Attorney