IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

v.           **CRIMINAL NO. 1:08CR36-1**
               (Judge Keeley)
**JOYCELYN CAROL GRENADA,**

   **Defendant.**

### ORDER SETTING EMERGENCY HEARING

The Court has been informed by the United States Probation Officer assigned to this case that Immigration and Customs Enforcement ("ICE") intends to take the defendant, Joycelyn Carol Grenada, into custody before her sentence of home confinement has expired.

For reasons appearing to the Court, it **COMMANDS** the parties and ICE to appear for an emergency hearing on **Thursday, November 6, 2008 at 12:00 noon**, at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record, the Office of Probation and all appropriate agencies.

DATED: November 4, 2008.

            /s/ Irene M. Keeley
            IRENE M. KEELEY
            UNITED STATES DISTRICT JUDGE