PROB 7A
(Rev.05/04-wvn)

**Conditions of Probation and Supervised Release**

# UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV 5 - 2008
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

To: Joycelyn Carol Grenada        Docket No.: 1:08CR36-01

Address: _____

Under the terms of this sentence, the defendant has been placed on [X] probation [ ] supervised release by the Honorable Irene M. Keeley, United States District Judge for the District of Northern West Virginia. The defendant's term of supervision is for a period of 1 year, commencing October 28, 2008.

While on [X] probation [ ] supervised release, the defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance.

If the judgment imposed a fine or a restitution obligation, it shall be a condition of probation/supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with any schedule of payments set forth in the Criminal Monetary Penalties sheet of the judgment. In any case, the defendant should cooperate with the probation officer in meeting any financial obligations.

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons (supervised release cases only).

[X] Pursuant to Public Law 108-405, Revised DNA Collection Requirements Under the Justice for All Act of 2004, the defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons, or at the direction of the probation officer.

[X] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**For offenses committed on or after September 13, 1994:**

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter.

[X] The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[ ] The above drug testing condition is suspended based on the court's determination that this condition has been satisfied during a previous term of supervision. (Check, if applicable.)

**For offenses committed on or after April 24, 1996:**

The defendant shall (A) make restitution in accordance with § 2248, 2259, 2264, 2327, 3663, 3663A, and 3664; and (B) pay the assessment imposed in accordance with § 3013.

The defendant will notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

**It is the order of the Court that the defendant shall comply with the following standard conditions:**

(1) The defendant shall not leave the judicial district without the permission of the court or probation officer;

(2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

(3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

(4) The defendant shall support his or her dependents and meet other family responsibilities;

(5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

(6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

(7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician;

(8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

(9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

(10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

(11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

(12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

(13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**The special conditions ordered by the Court are as follows:**

(1)   The defendant shall submit to at least one drug test. If the initial test is negative, further testing may, in the discretion of the Probation Officer, be suspended.

(2)   The defendant shall be placed on home detention for a period of 3 months, to commence immediately. During this time, the defendant shall remain at her place of residence except for employment, to meet with her attorneys and any other activities approved in advance by the Probation Officer. The defendant shall maintain a telephone at her place of residence for the above period.

**Payment should be made in the form of money order, cashier's check or certified check, made payable to Clerk, U. S. District Court, and mailed to the Clerk's Office at: P.O. Box 1518, Elkins, WV 26241.**

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _J. Grenada_                                       11/3/8
                Defendant                                      Date

_John A. Burlas_                                              11/3/08
U.S. Probation Officer/Designated Witness                      Date